```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3109 |
| | ) | |
| v. | ) | |
| | ) | |
| H. WILLIAM SADD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On September 18, 2006, Korey L. Reiman entered an appearance as appointed counsel for the defendant. He remains an attorney of record for the defendant.

The defendant's initial appearance and arraignment were conducted before Magistrate Judge F. A. Gossett on November 14, 2006. Mr. Reiman was unable to attend this hearing due to illness, and Denise E. Frost was appointed as counsel for the defendant and represented him during the initial appearance and arraignment.

Ms. Frost has filed a motion to withdraw as counsel for the defendant due to a conflict of interest. Filing 12.

IT THEREFORE HEREBY IS ORDERED:

1. The motion to withdraw filed by Denise E. Frost, filing 12, is granted.

2. The defendant shall continue to be represented by his appointed counsel, Korey L. Reiman.

3. Mr. Reiman shall promptly mail a copy of this order to the defendant.

4. On the court's own motion, trial of this matter is continued to January 29, 2007 before the Honorable

  Warren K. Urbom in Courtroom 4, United States
Courthouse and Federal Building, 100 Centennial Mall
North, Lincoln, Nebraska.  Jury selection will be held
at commencement of trial.

DATED this 13th day of December, 2006.

        BY THE COURT:

        s/ *David L. Piester*
        David L. Piester
        United States Magistrate Judge