IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )          4:06CR3109
        v.                      )
                                )
H. WILLIAM SADD,                )
                                )              ORDER
            Defendant.          )
                                )

        IT IS ORDERED:

        Defendant's motion to continue and set for trial, filing 20, is granted, and

        1.  The change of plea hearing that was set for this date is cancelled and trial is set to commence at 9:00 a.m., March 19, 2007, before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

        2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between January 31, 2007 and March 19, 2007, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 31st day of January, 2007.

                                BY THE COURT:

                                s/ David L. Piester

                                David L. Piester
                                United States Magistrate Judge