IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3109 |
| | ) | |
| v. | ) | |
| | ) | |
| H. WILLIAM SADD, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the sentencing hearing for the defendant, H. William Sadd, is rescheduled and shall commence at 10:00 a.m. on Monday, June 25, 2007, in Courtroom No. 4, U.S. Courthouse. 100 Centennial Mall North, Lincoln, Nebraska 68508.   The defendant shall be present for this hearing.

Dated May 30, 2007.

BY THE COURT

s/  Warren K. Urbom
United States Senior District Judge