IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3109 |
| | ) | |
| v. | ) | |
| | ) | |
| H. WILLIAM SADD, | ) | TENTATIVE FINDINGS ON REVISED |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

      The defendant has objected to the determination of the amount of methamphetamine for which he is responsible, specifically to paragraph 18, 19, and 20 of the Revised Presentence Investigation Report.  An evidentiary hearing will be held at the time of the sentencing.  The defendant has asked for approximately 30 to 45 minutes for presentation of his evidence.  When the prosecution has revealed what evidence it will present and the time estimate for it, the total time of the presentations will be set aside.

      Except for the amount of methamphetamine for which the defendant is responsible, I tentatively find that the Revised Presentence Investigation Report is true and accurate.  Objections may be made to these tentative findings, but no evidence shall be received regarding them and none has been requested.

      Dated June 11, 2007.

                      BY THE COURT

                      s/  Warren K. Urbom
                      United States Senior District Judge