IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3109 |
| | ) | |
| v. | ) | |
| | ) | |
| H. WILLIAM SADD, | ) | ORDER RESCHEDULING EVIDENTIARY |
| | ) | AND SENTENCING HEARINGS |
| Defendant. | ) | |
| | ) | |

　　　　IT IS ORDERED that the evidentiary and sentencing hearings for defendant H. William Sadd, are rescheduled and shall commence at 2:00 p.m. on July 5, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.　The defendant will be present for these hearings.

　　　　Dated June 18, 2007.

　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　s/  Warren K. Urbom
　　　　　　　　　　　　　　　　　United States Senior District Judge