IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3109 |
| v. | ) | |
| H. WILLIAM SADD, | ) | ORDER GRANTING MOTION TO SEAL |
| Defendant. | ) | |

IT IS ORDERED that the Motion to Seal, filing 56, is granted.

Dated May 28, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge